# EXHIBIT 1

# Docket Report

## Case Description

| | |
|---|---|
| **Case ID:** | 191100552 |
| **Case Caption:** | R. VS ROOSEVELT INN LLC ETAL |
| **Filing Date:** | Tuesday , November 05th, 2019 |
| **Location:** | CH - City Hall |
| **Case Type:** | 2O - PERSONAL INJURY - OTHER |
| **Status:** | RMEDC - NOT OF REMOVAL TO US DIST CT |
| **Cross Reference:** | DC 2021CV03218 |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | A63577 | BEZAR, NADEEM A |
| **Address:** | 1525 LOCUST STREET PHILADELPHIA PA 19102 (215)772-1000 (215)792-5524 - FAX Nadeem.Bezar@KlineSpecter.com | | **Aliases:** | *none* | |
| | | | | | |
| 2 | 1 | | PLAINTIFF | @10751736 | R., K. |
| **Address:** | C/O KLINE & SPECTER, P.C. 1525 LOCUST STREET PHILADELPHIA PA 19102 | | **Aliases:** | *none* | |
| | | | | | |
| 3 | 19 | | DEFENDANT | @10751737 | WYNDHAM HOTELS AND RESORTS LLC |
| **Address:** | 22 SYLVAN WAY PARSIPPANY NJ 07054 | | **Aliases:** | *none* | |

| 4 | 19 | | DEFENDANT | @10751738 | WYNDHAM HOTEL MANAGEMENT INC |
|---|---|---|---|---|---|
| **Address:** | 22 SYLVAN WAY PARSIPPANY NJ 07054 | | **Aliases:** | | *none* |
| 5 | 19 | | DEFENDANT | @10751739 | WYNDHAM DESTINATIONS INC |
| **Address:** | 6277 SEA HARBOR DRIVE ORLANDO FL 32887 | | **Aliases:** | | *none* |
| 6 | 19 | | DEFENDANT | @10751740 | WYNDHAM HOTELS & RESORTS INC |
| **Address:** | 22 SYLVAN WAY PARSIPPANY NJ 07054 | | **Aliases:** | | *none* |
| 7 | 19 | | DEFENDANT | @10751741 | DAYS INN WORLDWIDE INC |
| **Address:** | 22 SYLVAN WAY PARSIPPANY NJ 07054 | | **Aliases:** | | *none* |
| 8 | 25 | | DEFENDANT | @10751742 | ROOSEVELT INN LLC |
| **Address:** | 7630 ROOSEVELT BOULEVARD PHILADELPHIA PA 19152 | | **Aliases:** | | ROOSEVELT INN DBA |
| 9 | 25 | | DEFENDANT | @10751743 | ROOSEVELT MOTOR INN INC |
| **Address:** | 7630 ROOSEVELT BOULEVARD PHILADELPHIA PA 19152 | | **Aliases:** | | ROOSEVELT MOTOR INN DBA |
| 10 | 25 | | DEFENDANT | @10751744 | UFVS MANAGEMENT COMPANY LLC |
| **Address:** | 287 BOWMAN AVENUE PURCHASE NY 10577 | | **Aliases:** | | *none* |

| 11 | 23 | | DEFENDANT | @10751745 | ALPHA-CENTURION SECURITY INC |
|---|---|---|---|---|---|
| **Address:** | 3720 WEST CHESTER PIKE NEWTOWN SQUARE PA 19073 | | **Aliases:** | *none* | |
| | | | | | |
| 12 | 28 | | DEFENDANT | @10751746 | 4200 ROOSEVELT LLC AND 4200 ROOSEVELT LLC |
| **Address:** | 4200 ROOSEVELT BOULEVARD PHILADELPHIA PA 19124 | | **Aliases:** | DAYS INN DBA | |
| | | | | | |
| 13 | 28 | | DEFENDANT | @10751747 | 4200 ROSE HOSPITALITY LLC AND 4200 ROSE HOSPITALITY |
| **Address:** | 4200 ROOSEVELT BOULEVARD PHILADELPHIA PA 19124 | | **Aliases:** | DAYS INN DBA | |
| | | | | | |
| 14 | 19 | | DEFENDANT | @10751748 | WYNDHAM WORLDWIDE CORPORATION |
| **Address:** | 22 SYLVAN WAY PARSIPPANY NJ 07054 | | **Aliases:** | *none* | |
| | | | | | |
| 15 | 19 | | DEFENDANT | @10751749 | WYNDHAM HOTEL GROUP LLC |
| **Address:** | 22 SYLVAN WAY PARSIPPANY NJ 07054 | | **Aliases:** | *none* | |
| | | | | | |
| 16 | 1 | | ATTORNEY FOR PLAINTIFF | A204405 | MARKS, EMILY B |
| **Address:** | KLINE & SPECTER, P.C. 1525 LOCUST STREET PHILADELPHIA PA 19102 (215)772-0524 (215)772-1005 - FAX Emily.Marks@KlineSpecter.com | | **Aliases:** | *none* | |

| 17 | 1 | | ATTORNEY FOR PLAINTIFF | A319270 | NOCHO, KYLE B |
|---|---|---|---|---|---|
| **Address:** | KLINE AND SPECTER, P.C. 1525 LOCUST STREET, 14TH FLOOR PHILADELPHIA PA 19102 (215)772-1365 (215)772-5525 - FAX kyle.nocho@klinespecter.com | | **Aliases:** | *none* | |

| 18 | | 05-JAN-2020 | TEAM LEADER | J357 | NEW, ARNOLD L |
|---|---|---|---|---|---|
| **Address:** | 606 CITY HALL PHILADELPHIA PA 19107 (215)686-7260 | | **Aliases:** | *none* | |

| 19 | | | ATTORNEY FOR DEFENDANT | A87571 | GOLDBERG, MATTHEW A |
|---|---|---|---|---|---|
| **Address:** | DLA PIPER LLP (US) ONE LIBERTY PLACE 1650 MARKET STREET, SUITE 5000 PHILADELPHIA PA 19103 (215)656-3300 (215)656-3301 - FAX matthew.goldberg@us.dlapiper.com | | **Aliases:** | *none* | |

| 20 | 19 | | ATTORNEY FOR DEFENDANT | A206338 | HELLER, NATHAN P |
|---|---|---|---|---|---|
| **Address:** | ONE LIBERTY PLACE 1650 MARKET ST SUITE 5000 PHILADELPHIA PA 19103 (215)656-3372 nathan.heller@us.dlapiper.com | | **Aliases:** | *none* | |

| 21 | 19 | | ATTORNEY FOR DEFENDANT | A319738 | TORREY, HALEY D |
|---|---|---|---|---|---|
| **Address:** | DLA PIPER US 1650 MARKET STREET SUITE 5000 | | **Aliases:** | *none* | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | PHILADELPHIA PA 19103<br>(215)656-2436<br>haley.torrey@dlapiper.com | |
| 22 | | 12-MAY-2021 | ATTORNEY FOR DEFENDANT | A200944 | QUINLAN, JAMES J |
| **Address:** | BLANK ROME LLP<br>ONE LOGAN SQUARE<br>PHILADELPHIA PA 19103<br>(215)569-5500<br>quinlan@blankrome.com | | **Aliases:** | *none* | |
| 23 | | | ATTORNEY FOR DEFENDANT | A65706 | MCHALE, JOSEPH |
| **Address:** | 30 VALLEY STREAM PRKWY<br>MALVERN PA 19355<br>(610)640-8007<br>(610)640-1965 - FAX<br>jmchale@stradley.com | | **Aliases:** | *none* | |
| 24 | 23 | | ATTORNEY FOR DEFENDANT | A87974 | CILLUFFO, PENELOPE |
| **Address:** | GREAT VALLEY CORPORATE CENTER<br>30 VALLEY STREAM PARKWAY<br>MALVERN PA 19355<br>(484)323-6432<br>(610)640-1965 - FAX<br>pcilluffo@stradley.com | | **Aliases:** | *none* | |
| 25 | | | ATTORNEY FOR DEFENDANT | A76773 | BYERS MS., JUSTINA L |
| **Address:** | ONE LOGAN SQUARE<br>PHILADELPHIA PA 19103<br>(215)569-5429<br>(215)832-5429 - FAX<br>byers@blankrome.com | | **Aliases:** | *none* | |
| 26 | 25 | 17-JUN-2021 | ATTORNEY FOR DEFENDANT | A57686 | PALMER, GRANT S |

| **Address:** | BLANK ROME LLP<br>18TH & CHERRY ST.<br>ONE LOGAN SQUARE 4TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)569-5578<br>(215)832-5578 - FAX<br>palmer@blankrome.com | | **Aliases:** | *none* | |
|---|---|---|---|---|---|
| 27 | | 03-JAN-2021 | TEAM LEADER | J461 | ANDERS, DANIEL J |
| **Address:** | 529 CITY HALL<br>PHILADELPHIA PA 19107 | | **Aliases:** | *none* | |
| 28 | | | ATTORNEY FOR DEFENDANT | A38987 | PRIORE, PHILIP D |
| **Address:** | MCCORMICK & PRIORE PC<br>2001 MARKET STREET<br>SUITE 3810<br>PHILADELPHIA PA 19103<br>(215)972-0161<br>(215)972-5580 - FAX<br>ppriore@mccormickpriore.com | | **Aliases:** | *none* | |
| 29 | | | ADDITIONAL DEFENDANT | @10831083 | JACKSON, JEREL |
| **Address:** | REGISTRATION NO. 70774-066<br>UPS MCCREARY<br>330 FEDERAL WAY<br>PINE KNOT KY 42635 | | **Aliases:** | *none* | |
| 30 | | | ATTORNEY FOR PETITIONER | A42657 | SALZER, WILLIAM T |
| **Address:** | 1650 MARKET ST<br>ONE LIBERTY PL<br>38TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)299-4346<br>(215)299-4301 - FAX<br>wsalzer@swartzcampbell.com | | **Aliases:** | *none* | |
| 31 | 19 | | ATTORNEY PRO HAC VICE | @10975080 | SAGER, DAVID S |

| **Address:** | NONE GIVEN PHILADELPHIA PA 191000 | | **Aliases:** | *none* | |
|---|---|---|---|---|---|
| 32 | | | TEAM LEADER | J485 | CARPENTER, LINDA |
| **Address:** | 294 CITY HALL PHILADELPHIA PA 19107 | | **Aliases:** | *none* | |
| 33 | | | ADDITIONAL DEFENDANT | @11124266 | PALMER, ADRIAN |
| **Address:** | 1316 WEST ROOSEVELT BLVD. PHILADELPHIA PA 19140 | | **Aliases:** | *none* | |
| 34 | 28 | | ATTORNEY FOR DEFENDANT | A312404 | BENEDETTO, CONRAD J |
| **Address:** | MCCORMICK & PRIORE 2001 MARKET ST STE 3810 PHILADELPHIA PA 19103 (215)972-0161 cbenedetto@mccormickpriore.com | | **Aliases:** | *none* | |
| 35 | 25 | | ATTORNEY FOR DEFENDANT | A92904 | EDDY, KEVIN M |
| **Address:** | BLANK ROME LLP 501 GRANT STREE SUITE 850 PITTSBURGH PA 15219 (412)932-2800 (412)932-2777 - FAX keddy@blankrome.com | | **Aliases:** | *none* | |
| 36 | 19 | | ATTORNEY FOR DEFENDANT | A77843 | RAPPAPORT, NANCY SHANE |
| **Address:** | DLA PIPER LLP (US) ONE LIBERTY PLACE 1650 MARKET STREET, SUITE 5000 PHILADELPHIA PA 19103 (215)656-3300 (215)656-3301 - FAX nancy.rappaport@dlapiper.com | | **Aliases:** | *none* | |

**Docket Entries**

| | | | | |
|---|---|---|---|---|
| | | | ☐ **Check for Threaded Docket** This feature will reduce the docket to motion related entries only. | |
| **Filing Date/Time** | **Docket Type** | **Filing Party** | **Disposition Amount** | **Approval/ Entry Date** |
| 05-NOV-2019 04:02 PM | ACTIV - ACTIVE CASE | | | 05-NOV-2019 04:46 PM |
| **Docket Entry:** | E-Filing Number: 1911009745 | | | |
| | | | | |
| 05-NOV-2019 04:02 PM | CIVIJ - COMMENCEMENT CIVIL ACTION JURY | BEZAR, NADEEM A | | 05-NOV-2019 04:46 PM |
| **Documents:** | Final Cover | | | |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 05-NOV-2019 04:02 PM | CMPLC - COMPLAINT FILED NOTICE GIVEN | BEZAR, NADEEM A | | 05-NOV-2019 04:46 PM |
| **Documents:** | Redacted Complaint.pdf Complaint.pdf Redacted Complaint.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| | | | | |
| 05-NOV-2019 04:02 PM | JURYT - JURY TRIAL PERFECTED | BEZAR, NADEEM A | | 05-NOV-2019 04:46 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| | | | | |
| 05-NOV-2019 04:02 PM | CLWCM - WAITING TO LIST CASE MGMT CONF | BEZAR, NADEEM A | | 05-NOV-2019 04:46 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 06-NOV-2019 01:09 PM | ENAPC - ENTRY OF APPEARANCE-CO COUNSEL | MARKS, EMILY B | | 06-NOV-2019 01:10 PM |
| **Documents:** | EOA - EBM and KBN.pdf | | | |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | ENTRY OF APPEARANCE OF KYLE B NOCHO AND EMILY B MARKS AS CO-COUNSEL FILED. (FILED ON BEHALF OF K. R.) | | | |

| | | | | |
|---|---|---|---|---|
| 19-NOV-2019 04:02 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | | | 19-NOV-2019 04:08 PM |
| **Documents:** | 168689.01_AFFIDAVIT_F20B6B78-0923-524D-9805-1606DE30E79F.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF COMPLAINT - CIVIL ACTION UPON 4200 ROOSEVELT LLC AND 4200 ROOSEVELT LLC BY PERSONAL SERVICE ON 11/11/2019 FILED. | | | |

| | | | | |
|---|---|---|---|---|
| 19-NOV-2019 04:06 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | | | 19-NOV-2019 04:08 PM |
| **Documents:** | 168689.02_AFFIDAVIT_1439FACA-6634-5D46-A2EF-9362D08FA4BE.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF COMPLAINT - CIVIL ACTION UPON 4200 ROOSEVELT LLC AND 4200 ROOSEVELT LLC BY PERSONAL SERVICE ON 11/11/2019 FILED. | | | |

| | | | | |
|---|---|---|---|---|
| 21-NOV-2019 04:13 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | BEZAR, NADEEM A | | 21-NOV-2019 04:13 PM |
| **Documents:** | AOS - Wyndham Hotels _ Resorts Inc.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON WYNDHAM HOTELS & RESORTS INC BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/12/2019 FILED. (FILED ON BEHALF OF K. R.) | | | |

| | | | | |
|---|---|---|---|---|
| 21-NOV-2019 04:16 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | BEZAR, NADEEM A | | 21-NOV-2019 04:22 PM |
| **Documents:** | AOS - Wyndham Hotels and Resorts LLC.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON WYNDHAM HOTELS AND RESORTS LLC BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/12/2019 FILED. (FILED ON BEHALF OF K. R.) | | | |

| | | | | |
|---|---|---|---|---|
| 21-NOV-2019 04:18 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | BEZAR, NADEEM A | | 21-NOV-2019 04:22 PM |
| **Documents:** | AOS - Wyndham Worldwide Corp.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON WYNDHAM WORLDWIDE CORPORATION BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/12/2019 FILED. (FILED ON BEHALF OF K. R.) | | | |

| | | | | |
|---|---|---|---|---|
| 21-NOV-2019 04:20 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | BEZAR, NADEEM A | | 21-NOV-2019 04:24 PM |
| **Documents:** | AOS - Wyndham Hotel Group LLC.pdf | | | |

| Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON WYNDHAM HOTEL GROUP LLC BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/12/2019 FILED. (FILED ON BEHALF OF K. R.) | | | |

| 21-NOV-2019 04:22 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | BEZAR, NADEEM A | | 21-NOV-2019 04:24 PM |
|---|---|---|---|---|
| **Documents:** | AOS - Wyndham Hotel Management Inc.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON WYNDHAM HOTEL MANAGEMENT INC BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/12/2019 FILED. (FILED ON BEHALF OF K. R.) | | | |

| 21-NOV-2019 04:25 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | BEZAR, NADEEM A | | 21-NOV-2019 04:32 PM |
|---|---|---|---|---|
| **Documents:** | AOS - Days Inn Worldwide Inc.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON DAYS INN WORLDWIDE INC BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/12/2019 FILED. (FILED ON BEHALF OF K. R.) | | | |

| 22-NOV-2019 08:32 AM | ATSNF - ATTEMPTED SERVICE - NOT FOUND | | | 22-NOV-2019 10:39 AM |
|---|---|---|---|---|
| **Documents:** | 168632.01.pdf | | | |
| **Docket Entry:** | ALPHA-CENTURION SECURITY INC NOT FOUND ON 11/14/2019. | | | |

| 25-NOV-2019 04:36 PM | ENAPP - ENTRY OF APPEARANCE | GOLDBERG, MATTHEW A | | 25-NOV-2019 04:39 PM |
|---|---|---|---|---|
| **Documents:** | KR Entry of Appearance.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF MATTHEW A GOLDBERG, HALEY D TORREY AND NATHAN P HELLER FILED. (FILED ON BEHALF OF WYNDHAM HOTEL GROUP LLC, WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTELS & RESORTS INC, WYNDHAM DESTINATIONS INC, WYNDHAM HOTEL MANAGEMENT INC AND WYNDHAM HOTELS AND RESORTS LLC) | | | |

| 26-NOV-2019 02:00 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | BEZAR, NADEEM A | | 26-NOV-2019 02:28 PM |
|---|---|---|---|---|
| **Documents:** | AOS - Wyndham Destinations Inc.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON WYNDHAM DESTINATIONS INC BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/26/2019 FILED. (FILED ON BEHALF OF K. R.) | | | |

| 02-DEC-2019 11:28 AM | ACCOS - ACCEPTANCE OF SERVICE FILED | MARKS, EMILY B | | 02-DEC-2019 11:29 AM |
|---|---|---|---|---|
| **Documents:** | Acceptance of Service-Roosevelt Defs.pdf | | | |
| **Docket Entry:** | SERVICE OF PLAINTIFF'S COMPLAINT ACCEPTED BY UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC ON 11/21/2019 FILED. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 02-DEC-2019 04:10 PM | CMREI - PRAECIPE TO REINSTATE CMPLT | MARKS, EMILY B | | 03-DEC-2019 09:37 AM |
| **Documents:** | Praecipe to Reinstate.pdf<br>Redacted Praecipe to Reinstate.pdf<br>Confidential Document Form | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 13-DEC-2019 10:43 AM | ANCOM - ANSWER TO COMPLAINT FILED | HELLER, NATHAN P | | 13-DEC-2019 10:44 AM |
| **Documents:** | K.R. - Answer to Complaint with New Matter.pdf | | | |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF WYNDHAM HOTEL GROUP LLC, WYNDHAM WORLDWIDE CORPORATION, DAYS INN WORLDWIDE INC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM DESTINATIONS INC, WYNDHAM HOTEL MANAGEMENT INC AND WYNDHAM HOTELS AND RESORTS LLC) | | | |
| | | | | |
| 16-DEC-2019 04:44 PM | ANCOM - ANSWER TO COMPLAINT FILED | QUINLAN, JAMES J | | 16-DEC-2019 04:48 PM |
| **Documents:** | K.R-Roosevelt – Answer to K.R. Complaint with New Matter and NMCC Final.PDF<br>K.R.-Roosevelt-Entries of Appearances.PDF | | | |
| **Docket Entry:** | ANSWER WITH NEW MATTER AND CROSSCLAIM TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) ENTRY OF APPEARANCE FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC. | | | |
| | | | | |
| 17-DEC-2019 10:48 AM | ENAPP - ENTRY OF APPEARANCE | MCHALE, JOSEPH | | 17-DEC-2019 11:10 AM |
| **Documents:** | Alpha KR EOA of JMcHale and PCilluffo.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF PENELOPE CILLUFFO, JOSEPH MCHALE AND JOSEPH MCHALE FILED. (FILED ON BEHALF OF ALPHA-CENTURION SECURITY INC) | | | |
| | | | | |

| 20-DEC-2019 10:30 AM | ACCOS - ACCEPTANCE OF SERVICE FILED | BEZAR, NADEEM A | | 20-DEC-2019 10:32 AM |
|---|---|---|---|---|
| **Documents:** | (21) AOS-Alpha (Joe Mchale).pdf | | | |
| **Docket Entry:** | SERVICE OF PLAINTIFF'S COMPLAINT ACCEPTED BY ALPHA-CENTURION SECURITY INC ON 12/17/2019 FILED. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 26-DEC-2019 02:24 PM | RPNMT - REPLY TO NEW MATTER | MARKS, EMILY B | | 26-DEC-2019 04:27 PM |
| **Documents:** | Pltfs Reply to Wyndhams NM.pdf | | | |
| **Docket Entry:** | REPLY TO NEW MATTER OF WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTELS AND RESORTS LLC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM HOTEL MANAGEMENT INC, WYNDHAM HOTEL GROUP LLC, WYNDHAM DESTINATIONS INC AND DAYS INN WORLDWIDE INC FILED. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 26-DEC-2019 02:27 PM | RPNMT - REPLY TO NEW MATTER | MARKS, EMILY B | | 26-DEC-2019 04:29 PM |
| **Documents:** | Pltfs Reply to Roosevelts NM.pdf | | | |
| **Docket Entry:** | REPLY TO NEW MATTER OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC FILED. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 27-DEC-2019 02:01 PM | ENAPP - ENTRY OF APPEARANCE | BYERS MS., JUSTINA L | | 27-DEC-2019 02:02 PM |
| **Documents:** | Entry of Appearance - JLB GSP - KR.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF JUSTINA L BYERS AND GRANT S PALMER FILED. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |
| | | | | |
| 16-JAN-2020 12:54 PM | ENAPP - ENTRY OF APPEARANCE | PRIORE, PHILIP D | | 16-JAN-2020 12:57 PM |
| **Documents:** | Entry with jury demand.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF PHILIP D PRIORE FILED. (FILED ON BEHALF OF 4200 ROSE HOSPITALITY LLC AND 4200 ROSE HOSPITALITY AND 4200 ROOSEVELT LLC AND 4200 ROOSEVELT LLC) | | | |
| | | | | |
| 16-JAN-2020 12:54 PM | JURYT - JURY TRIAL PERFECTED | PRIORE, PHILIP D | | 16-JAN-2020 12:57 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| | | | | |

| 17-JAN-2020 05:53 PM | CLLCM - LISTED FOR CASE MGMT CONF | | | 17-JAN-2020 05:53 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 21-JAN-2020 12:30 AM | CLNGV - NOTICE GIVEN | | | 21-JAN-2020 12:30 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 28-JAN-2020 12:21 PM | ANCOM - ANSWER TO COMPLAINT FILED | PRIORE, PHILIP D | | 28-JAN-2020 12:22 PM |
|---|---|---|---|---|
| **Documents:** | ANSWER WITH NM TO PLTF COMPLAINT.pdf | | | |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF 4200 ROSE HOSPITALITY LLC AND 4200 ROSE HOSPITALITY AND 4200 ROOSEVELT LLC AND 4200 ROOSEVELT LLC) | | | |

| 30-JAN-2020 05:02 PM | WRJAD - PRAECIPE - WRIT TO JOIN | BYERS MS., JUSTINA L | | 31-JAN-2020 09:12 AM |
|---|---|---|---|---|
| **Documents:** | Praecipe to Issue Writ of Summons.pdf | | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT TO JOIN ADDITIONAL DEFENDANT(S) JEREL JACKSON. WRIT ISSUED. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |

| 04-FEB-2020 12:30 AM | CLNGV - NOTICE GIVEN | | | 04-FEB-2020 12:30 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 05-FEB-2020 11:58 AM | ANCOM - ANSWER TO COMPLAINT FILED | CILLUFFO, PENELOPE | | 05-FEB-2020 12:00 PM |
|---|---|---|---|---|
| **Documents:** | KR Answer to Complaint w NM.pdf | | | |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF ALPHA-CENTURION SECURITY INC) | | | |

| 14-FEB-2020 11:31 AM | CLCCC - CASE MGMT CONFERENCE COMPLETED | LAWLOR, BRIAN | | 14-FEB-2020 11:31 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 14-FEB-2020 11:31 AM | CMOIS - CASE MANAGEMENT ORDER ISSUED | | | 14-FEB-2020 11:31 AM |
|---|---|---|---|---|
| **Documents:** | CMOIS_36.pdf | | | |
| **Docket Entry:** | CASE MANAGEMENT ORDER COMPLEX TRACK - AND NOW, 14-FEB-2020, it is Ordered that: 1. The case management and time standards adopted for complex track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 07-JUN-2021. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 05-JUL-2021. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 02-AUG-2021. 5. All pre-trial motions shall be filed not later than 02-AUG-2021. 6. A settlement conference may be scheduled at any time after 06-SEP-2021. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant; (b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;(c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 01-NOV-2021. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following:(a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;(b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial;(c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability;(f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 06-DEC-2021, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: DANIEL ANDERS, J. | | | |

| 14-FEB-2020 11:31 AM | CLLSC - LISTED FOR SETTLEMENT CONF | | | 14-FEB-2020 11:31 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 14-FEB-2020 11:31 AM | CLLPT - LISTED FOR PRE-TRIAL CONF | | | 14-FEB-2020 11:31 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 14-FEB-2020 11:31 AM | CLLTR - LISTED FOR TRIAL | | | 14-FEB-2020 11:31 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 14-FEB-2020 11:31 AM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 17-FEB-2020 09:38 AM |
| **Docket Entry:** | NOTICE GIVEN ON 17-FEB-2020 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 14-FEB-2020. | | | |
| | | | | |
| 17-FEB-2020 11:48 AM | RPNMT - REPLY TO NEW MATTER | MARKS, EMILY B | | 18-FEB-2020 10:15 AM |
| **Documents:** | Pltfs Reply to Days Inn NM.pdf | | | |
| **Docket Entry:** | REPLY TO NEW MATTER OF 4200 ROSE HOSPITALITY LLC AND 4200 ROSE HOSPITALITY AND 4200 ROOSEVELT LLC AND 4200 ROOSEVELT LLC FILED. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 19-FEB-2020 03:39 PM | RPNMT - REPLY TO NEW MATTER | MARKS, EMILY B | | 19-FEB-2020 03:40 PM |
| **Documents:** | Pltfs Reply to NM of Alpha-Centurion.pdf | | | |
| **Docket Entry:** | REPLY TO NEW MATTER OF ALPHA-CENTURION SECURITY INC FILED. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 28-FEB-2020 09:38 AM | WRJAD - PRAECIPE - WRIT TO JOIN | BYERS MS., JUSTINA L | | 28-FEB-2020 09:55 AM |
| **Documents:** | K.R. - Praecipe to Reinstate - 2-27-2020.pdf | | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT TO JOIN ADDITIONAL DEFENDANT(S) JEREL JACKSON. WRIT RE-ISSUED. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |
| | | | | |
| 10-JUN-2020 04:53 PM | MTAMD - MOTION TO AMEND | BYERS MS., JUSTINA L | | 10-JUN-2020 04:59 PM |
| **Documents:** | KR - Defs Roosevelt Motion for Leave to Amend Crossclaim.pdf<br>KR - Exhibits A - B.pdf<br>KR-Exhibit C.pdf<br>KR - Exhibits D - I.pdf<br>KR - Exhibits J - M.pdf | | | |

| | Motion CoverSheet Form | | | |
|---|---|---|---|---|
| **Docket Entry:** | 57-20060757 RESPONSE DATE 06/30/2020. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |
| | | | | |
| 02-JUL-2020 10:27 AM | MTASN - MOTION ASSIGNED | | | 02-JUL-2020 10:27 AM |
| **Docket Entry:** | 57-20060757 MOTION TO AMEND ASSIGNED TO JUDGE: ANDERS, DANIEL J. ON DATE: JULY 02, 2020 | | | |
| | | | | |
| 06-JUL-2020 06:12 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | ANDERS, DANIEL J | | 06-JUL-2020 06:12 PM |
| **Documents:** | ORDER_46.pdf | | | |
| **Docket Entry:** | 57-20060757 IT IS ORDERED THAT DEFENDANTS, ROOSEVELT INN LLC D/B/A ROOSEVELT INN AND ROOSEVELT INN CAFE, ROOSEVELT MOTOR INN, INC D/B/A ROOSEVELT MOTOR INN AND UFVS MANAGMENET COMPANY, INC'S MOTION TO AMEND THEIR NEW MATTER CROSSCLAIMS IS GRANTED AND SAID DEFENDANTS ARE GRANTED LEAVE TOT FILE THE AMENDED NEW MATTER CROSSCLAIM ATTACHED TO THEIR MOTION AS EXHIBIT "A". ...BY THE COURT; ANDERS, J. 7-2-20 | | | |
| | | | | |
| 06-JUL-2020 06:12 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 07-JUL-2020 07:03 PM |
| **Docket Entry:** | NOTICE GIVEN ON 07-JUL-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 06-JUL-2020. | | | |
| | | | | |
| 13-JUL-2020 10:24 AM | ANCOM - ANSWER TO COMPLAINT FILED | BYERS MS., JUSTINA L | | 13-JUL-2020 11:03 AM |
| **Documents:** | Roosevelt Defendants Amended Answer to KR Complaint with NM and NMCC.pdf Exhibit A.pdf | | | |
| **Docket Entry:** | ANSWER WITH NEW MATTER AND CROSSCLAIM TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |
| | | | | |
| 23-JUL-2020 11:12 AM | RPCCL - REPLY TO CROSSCLAIM | CILLUFFO, PENELOPE | | 23-JUL-2020 11:40 AM |
| **Documents:** | Alpha Centurion Reply to New Matter Cross Claim of Roosevelt Defendants KR.pdf | | | |
| **Docket Entry:** | REPLY TO CROSSCLAIM OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC FILED. (FILED ON BEHALF OF ALPHA-CENTURION SECURITY INC) | | | |
| | | | | |

| 24-JUL-2020 02:48 PM | MTPHV - MOT-FOR ADMISSION PRO HAC VICE | HELLER, NATHAN P | | 24-JUL-2020 03:18 PM |
|---|---|---|---|---|
| **Documents:** | K.R. - Wyndham Motion for PHV Admission of David Sager.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 98-20072098 RESPONSE DATE 08/13/2020. (FILED ON BEHALF OF WYNDHAM HOTEL GROUP LLC, WYNDHAM WORLDWIDE CORPORATION, DAYS INN WORLDWIDE INC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM HOTEL MANAGEMENT INC AND WYNDHAM HOTELS AND RESORTS LLC) | | | |
| | | | | |
| 30-JUL-2020 01:14 PM | RPNMT - REPLY TO NEW MATTER | MARKS, EMILY B | | 30-JUL-2020 02:58 PM |
| **Documents:** | Pltfs Reply to NM of Roosevelt in Amended Ans.pdf | | | |
| **Docket Entry:** | REPLY TO NEW MATTER OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC FILED. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 13-AUG-2020 03:17 PM | MTINV - PETITION TO INTERVENE | SALZER, WILLIAM T | | 13-AUG-2020 03:22 PM |
| **Documents:** | KR Petition to Intervene .pdf<br>KR Pet Intervene MOL .pdf<br>Verification.pdf<br>KR Pet Intervene Cert Compliance.pdf<br>KR Pet Intervene COS (1).pdf<br>KR Pet Intervene Ex A.pdf<br>KR Pet Intervene Ex B.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 71-20081471 PETITION TO INTERVENE (FILED ON BEHALF OF NATIONWIDE MUTUAL INSURANCE COMPANY) | | | |
| | | | | |
| 14-AUG-2020 01:24 PM | MTASN - MOTION ASSIGNED | | | 14-AUG-2020 01:24 PM |
| **Docket Entry:** | 71-20081471 PETITION TO INTERVENE ASSIGNED TO JUDGE: ANDERS, DANIEL J. ON DATE: AUGUST 14, 2020 | | | |
| | | | | |
| 17-AUG-2020 12:21 PM | MTASN - MOTION ASSIGNED | | | 17-AUG-2020 12:21 PM |
| **Docket Entry:** | 98-20072098 MOT-FOR ADMISSION PRO HAC VICE ASSIGNED TO JUDGE: ANDERS, DANIEL J. ON DATE: AUGUST 17, 2020 | | | |
| | | | | |
| 18-AUG-2020 08:51 AM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | ANDERS, DANIEL J | | 18-AUG-2020 08:51 AM |
| **Documents:** | ORDER_55.pdf | | | |

| **Docket Entry:** | 98-20072098 UPON CONSIDERATION OF DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND DAVID S. SAGER, ESQ. IS ADMITTED PRO HAC VICE TO THE BAR OF COMMONWEALTH OF PENNSYLVANIA FOR PURPOSES OF THIS MATTER PURSUANT TO PA.R.C.P. 1012.1 AND PA.B.A.R. 301 AFTER OBTAINING THE APPROPRIATE CITY OF PHILADELPHIA BUSINESS PRIVILEGE TAX LICENSE PURSUANT TO 19-2602 OF THE PHILADELPHIA CODE. PRO HAC VICE COUNSEL SHALL PAY ALL CITY OF PHILADELPHIA'S BUSINESS AND WAGE TAXES AS REQUIRED. ... BY THE COURT: ANDERS, J. 08/17/20 |
| --- | --- |

| 18-AUG-2020 08:51 AM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 18-AUG-2020 01:50 PM |
| --- | --- | --- | --- | --- |
| **Docket Entry:** | NOTICE GIVEN ON 18-AUG-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 18-AUG-2020. | | | |

| 18-AUG-2020 09:30 AM | RLFIS - RULE ISSUED | ANDERS, DANIEL J | | 18-AUG-2020 09:30 AM |
| --- | --- | --- | --- | --- |
| **Documents:** | RLFIS_56.pdf | | | |
| **Docket Entry:** | 71-20081471 UPON FURTHER CONSIDERATION OF DEFENDANT'S PETITION TO INTERVENE, AND ANY RESPONSES THERETO, A RULE IS HEREBY ISSUED TO SHOW CAUSE WHY SAID PETITION TO INTERVEN SHOULD BE GRANTED AS TO THE ISSUE OF INTERVENTION. THE COURT WILL PERMIT EACH PARTY TO FILE DISCOVERY BRIEFS, LIMITED SOLELY TO THE ISSUE OF INTERVENTION, BY NO LATER THAN SEPTEMBER 8, 2020 AT 5:00 P.M, AND POST-DISCOVERY BRIEFS BY NO LATER THAN SEPTEMBER 22, 2020 AT 5:00 P.M. THE COURT WILL ACCEPT AFFIDAVITS, DEPOSITION TESTIMONY, AND DOCUMENTARY EVIDENCE RELEVANT TO THE ISSUE OF INTERVENTION. ALL AFFIDAVITS MUST BE SUBMITTED TO OPPOSING COUNSEL AND FILED OF RECORD NO LATER THAN 20 DAYS FROM THE DOCKETING OF THIS ORDER. IF THE PARTY RECEIVING AN AFFIDAVIT WISHES TO DEPOSE THE AFFIANT ON INTERVENTION-RELATED ISSUES, SAID DEPOSITION MUST OCCUR BETWEEN THE DATE THE AFFIDAVIT IS PRODUCED AND TWO DAYS BEFORE SUPPLEMENTAL BRIEFS ARE DUE TO THE COURT. NOTHING IN THIS RULE SHALL PREVENT THE PARTIES FROM TAKING INTERVENTION-RELATED DEPOSITIONS PRIOR TO THE PRODUCTION OF AN AFFIDAVIT. THE PARTIES SHALL FILE OF RECORD ANY AFFIDAVITS, DEPOSITION TESTIMONY, AND DOCUMENTARY EVIDENCE; ALTERNATIVELY, THE PARTIES MAY ATTACH SUCH ITEMS AS EXHIBITS TO THE SUPPLEMENTAL BRIEF. ... BY THE COURT: ANDERS, J. 08/17/20 | | | |

| 18-AUG-2020 09:30 AM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 18-AUG-2020 01:53 PM |
| --- | --- | --- | --- | --- |
| **Docket Entry:** | NOTICE GIVEN ON 18-AUG-2020 OF RULE ISSUED ENTERED ON 18-AUG-2020. | | | |

| 18-AUG-2020<br>09:31 AM | MRDUD - MOTION<br>RESPONSE DATE<br>UPDATED | | | 18-AUG-2020<br>09:31 AM |
|---|---|---|---|---|
| **Docket<br>Entry:** | 71-20081471 PETITION TO INTERVENE MOTION RESPONSE DATE<br>UPDATED TO 09/22/2020. | | | |
| | | | | |
| 25-AUG-2020<br>04:45 PM | CERTC -<br>CERTIFICATE/PARCP<br>1023.1 | CILLUFFO,<br>PENELOPE | | 26-AUG-2020<br>09:49 AM |
| **Documents:** | Cert Preq Packet.pdf | | | |
| **Docket<br>Entry:** | CERTIFICATION PURSUANT TO PA. R.CP. 1023.1 FILED. (FILED ON<br>BEHALF OF ALPHA-CENTURION SECURITY INC) | | | |
| | | | | |
| 02-SEP-2020<br>04:16 PM | CERTI - CERTIFICATION<br>FILED | BYERS MS.,<br>JUSTINA L | | 02-SEP-2020<br>05:08 PM |
| **Documents:** | KR - Certificate Prerequisite to Service of Subpoena.pdf | | | |
| **Docket<br>Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT<br>TO RULE 4009.22 FILED. (FILED ON BEHALF OF UFVS MANAGEMENT<br>COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |
| | | | | |
| 04-SEP-2020<br>05:28 PM | BREFM -<br>MOTION/PETITION BRIEF<br>FILED | SALZER,<br>WILLIAM T | | 08-SEP-2020<br>11:38 AM |
| **Documents:** | KR intervention brief.pdf<br>KR Brief Intervene Cert Compliance.pdf<br>Verification (2).pdf<br>KR Brief Intervene COS.pdf<br>KR Brief Intervene Ex A-1.pdf<br>KR Brief Intervene Ex A-2.pdf<br>KR Brief Intervene Ex B.pdf<br>Motion CoverSheet Form | | | |
| **Docket<br>Entry:** | 71-20081471 BRIEF IN SUPPORT OF PETITION TO INTERVENE FILED.<br>(FILED ON BEHALF OF NATIONWIDE MUTUAL INSURANCE COMPANY) | | | |
| | | | | |
| 08-SEP-2020<br>02:22 PM | MTANS - ANSWER<br>(MOTION/PETITION)<br>FILED | MARKS, EMILY<br>B | | 08-SEP-2020<br>02:26 PM |
| **Documents:** | Plts Response in Opposition to Nationwides Petition to Intervene.pdf<br>Motion CoverSheet Form | | | |
| **Docket<br>Entry:** | 71-20081471 ANSWER IN OPPOSITION OF PETITION TO INTERVENE<br>FILED. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 22-SEP-2020<br>10:33 AM | DSCIM - DISCOVERY<br>MOTION FILED | PRIORE, PHILIP<br>D | | 22-SEP-2020<br>10:45 AM |

| Documents: | MTC plaintiffs discovery resp Set II (cjb 9.21.20).pdf<br>Exhibit A.pdf<br>Exhibit a pt2.pdf<br>Exhibit A pt3.pdf<br>Exhibit B.pdf | | | |
|---|---|---|---|---|
| **Docket Entry:** | DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO COMPEL ANSWERS AND PRODUCTION OF DOCUMENTS. HEARING SCHEDULED FOR: OCTOBER 26, 2020 AT 09:00 IN ROOM 285 CITY HALL. (FILED ON BEHALF OF 4200 ROOSEVELT LLC AND 4200 ROOSEVELT LLC AND 4200 ROSE HOSPITALITY LLC AND 4200 ROSE HOSPITALITY) | | | |

| 24-SEP-2020 10:47 AM | MTASN - MOTION ASSIGNED | | | 24-SEP-2020 10:47 AM |
|---|---|---|---|---|
| **Docket Entry:** | 71-20081471 PETITION TO INTERVENE ASSIGNED TO JUDGE: ANDERS, DANIEL J. ON DATE: SEPTEMBER 24, 2020 | | | |

| 24-SEP-2020 12:09 PM | MMUPD - MOTION ASSIGNMENT UPDATED | | | 24-SEP-2020 12:09 PM |
|---|---|---|---|---|
| **Docket Entry:** | 71-20081471 REASSIGNED TO JUDGE ROBERTS, JOSHUA ON 24-SEP-20 | | | |

| 25-SEP-2020 03:21 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | | 25-SEP-2020 03:21 PM |
|---|---|---|---|---|
| **Documents:** | ORDER_67.pdf | | | |
| **Docket Entry:** | 71-20081471 IT IS ORDERED THAT NATIONWIDE MUTUAL INSURANCE COMPANY AND HARLEYSVILLE PREFERRED INSURANCE COMPNAY'S PETITION TO INTERVENE IS DENIED, WITHOUT PREJUDICE. PETITIONERS MAY RE-RAISE THE ISSUES IN THE PETITION AT THE TIME PRESCRIBED IN THE CASE MANAGEMENT ORDER FOR THE PARTIES TO FILE PRE-TRIAL MOTIONS. ...BY THE COURT; ROBERTS, J. 9-25-20 | | | |

| 25-SEP-2020 03:21 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 28-SEP-2020 03:34 PM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 28-SEP-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 25-SEP-2020. | | | |

| 21-OCT-2020 11:03 AM | DISCW - CERT MOTION IS WITHDRAWN | PRIORE, PHILIP D | | 21-OCT-2020 11:53 AM |
|---|---|---|---|---|
| **Documents:** | praecipe withdraw MTC.pdf | | | |
| **Docket Entry:** | IN RE: MTC FILED 9.22.20 (FILED ON BEHALF OF 4200 ROSE HOSPITALITY LLC AND 4200 ROSE HOSPITALITY AND 4200 ROOSEVELT LLC AND 4200 ROOSEVELT LLC) | | | |

| 22-OCT-2020 11:30 AM | CERTI - CERTIFICATION FILED | BYERS MS., JUSTINA L | | 22-OCT-2020 12:08 PM |
|---|---|---|---|---|
| **Documents:** | Cert Prereq_10-22-2020.pdf | | | |
| **Docket Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |
| | | | | |
| 07-JAN-2021 05:40 PM | MTEXR - MOT-FOR EXTRAORDINARY RELIEF | MARKS, EMILY B | | 08-JAN-2021 08:25 AM |
| **Documents:** | Motion for Extraordinary Relief.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 90-21010590 RESPONSE DATE 01/19/2021. (FILED ON BEHALF OF K. R.) | | | |
| | | | | |
| 21-JAN-2021 12:05 PM | MTASN - MOTION ASSIGNED | | | 21-JAN-2021 12:05 PM |
| **Docket Entry:** | 90-21010590 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: CARPENTER, LINDA . ON DATE: JANUARY 21, 2021 | | | |
| | | | | |
| 25-JAN-2021 02:00 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 25-JAN-2021 02:00 PM |
| **Documents:** | ORDER_73.pdf | | | |
| **Docket Entry:** | 90-21010590 AND NOW, THIS 22ND DAY OF JANUARY, 2021, UPON CONSIDERATION OF THE MOTION FOR EXTRA RELIEF, ANY RESPONSE THERETO, IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS GRANTED, ALL DEADLINES ARE EXTENDED 180 DAYS. BY THE COURT: HON. LINDA CARPENTERM, 1-22-2021. | | | |
| | | | | |
| 25-JAN-2021 02:00 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 26-JAN-2021 05:18 PM |
| **Docket Entry:** | NOTICE GIVEN ON 26-JAN-2021 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 25-JAN-2021. | | | |
| | | | | |
| 25-JAN-2021 02:01 PM | CLOEC - OTHER EVENT CANCELLED | CARPENTER, LINDA | | 25-JAN-2021 02:01 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 25-JAN-2021 02:01 PM | CLOEC - OTHER EVENT CANCELLED | CARPENTER, LINDA | | 25-JAN-2021 02:01 PM |
| | | | | |

| **Docket Entry:** | *none.* | | | |
|---|---|---|---|---|
| 25-JAN-2021 02:01 PM | CLWSC - WAITING TO LIST SETTLMNT CONF | CARPENTER, LINDA | | 25-JAN-2021 02:01 PM |
| **Docket Entry:** | *none.* | | | |
| 25-JAN-2021 02:01 PM | RVCMO - REVISED CASE MGMT ORDER ISSUED | | | 25-JAN-2021 12:00 AM |
| **Documents:** | RVCMO_77.pdf | | | |
| **Docket Entry:** | REVISED CASE MANAGEMENT ORDER - Be advised that the Case Management Order issued for the above-captioned action has been revised as follows: All discovery shall be completed not later than 06-DEC-2021. Plaintiff shall submit expert reports not later than 03-JAN-2022. Defendant shall submit expert reports not later than 07-FEB-2022. All pre-trial motions other than motions in limine shall be filed not later than 07-FEB-2022. A settlement conference will be scheduled any time after 07-MAR-2022. A pre-trial conference will be scheduled at any time after 02-MAY-2022. It is expected that this case shall be ready for trial by 06-JUN-2022. All other terms and conditions on the original Case Management Order will remain in full force and effect. ...BY THE COURT: LINDA CARPENTER, J. | | | |
| 25-JAN-2021 02:01 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 26-JAN-2021 05:18 PM |
| **Docket Entry:** | NOTICE GIVEN ON 26-JAN-2021 OF REVISED CASE MGMT ORDER ISSUED ENTERED ON 25-JAN-2021. | | | |
| 25-JAN-2021 02:10 PM | CLLSC - LISTED FOR SETTLEMENT CONF | | | 25-JAN-2021 02:10 PM |
| **Docket Entry:** | *none.* | | | |
| 25-JAN-2021 02:10 PM | CLLPT - LISTED FOR PRE-TRIAL CONF | | | 25-JAN-2021 02:10 PM |
| **Docket Entry:** | *none.* | | | |
| 25-JAN-2021 02:10 PM | CLLTR - LISTED FOR TRIAL | | | 25-JAN-2021 02:10 PM |
| **Docket Entry:** | *none.* | | | |

| 09-FEB-2021 01:39 PM | MTMIS - MISCELLANEOUS MOTION/PETITION | HELLER, NATHAN P | | 09-FEB-2021 02:04 PM |
|---|---|---|---|---|
| **Documents:** | REDACTED Appendix 1 to (K.R.) Wyndham Motion for Leave to File Joinder Complaint.pdf<br>Unredacted Appendix 1 to (K.R.) Wyndham Motion for Leave to File Joinder Complaint.pdf<br>(K.R.) Wyndham Motion for Leave to File Joinder Complaint.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 30-21021030 RESPONSE DATE 03/01/2021. WYNDHAM DEFENDANTS' MOTION FOR LEAVE TO FILE JOINDER COMPLAINT (FILED ON BEHALF OF WYNDHAM HOTEL GROUP LLC, WYNDHAM WORLDWIDE CORPORATION, DAYS INN WORLDWIDE INC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM DESTINATIONS INC, WYNDHAM HOTEL MANAGEMENT INC AND WYNDHAM HOTELS AND RESORTS LLC) | | | |

| 03-MAR-2021 12:26 PM | MTASN - MOTION ASSIGNED | | | 03-MAR-2021 12:26 PM |
|---|---|---|---|---|
| **Docket Entry:** | 30-21021030 MISCELLANEOUS MOTION/PETITION ASSIGNED TO JUDGE: CARPENTER, LINDA . ON DATE: MARCH 03, 2021 | | | |

| 04-MAR-2021 02:31 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 04-MAR-2021 02:31 PM |
|---|---|---|---|---|
| **Documents:** | ORDER_85.pdf | | | |
| **Docket Entry:** | 30-21021030 AND NOW, THIS 4TH DAY OF MARCH, 2021, UNPON CONSIDERATION OF THE WYNDHAM DEFENDANT'S MOTION FOR LEAVE TO FILE A JOINDER COMPLAINT, ANY RESPONSE THERETO, IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS GRANTED AND THE WYNDHAM DEFENDANTS MAY FILE A JOINDER COMPLAINT CONSISTENT WITH THE PROPOSED JOINDER COMPLAINT, AS ATTACHED TO THE WYNDHAM DEFENDANTS MOTION AS APPENDIX 1 WITHIN TWENTY DAYS FROM THIS ORDER. BY THE COURT: HON. LINDA CARPENTER, 3-4-2021. | | | |

| 04-MAR-2021 02:31 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 05-MAR-2021 03:43 PM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 05-MAR-2021 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 04-MAR-2021. | | | |

| 09-MAR-2021 12:36 PM | CMPJC - JOINDER COMPLAINT FILED | HELLER, NATHAN P | | 09-MAR-2021 12:39 PM |
|---|---|---|---|---|
| **Documents:** | KR Ex. A -- Complaint (Public - Redacted).pdf<br>KR Ex. A -- Complaint (Private - Unredacted).pdf<br>(K.R.) Wyndham Defendants Joinder Complaint.pdf<br>KR Ex. B -- Wyndham Defts Answer.pdf | | | |

| **Docket Entry:** | JOINDER COMPLAINT AGAINST ADRIAN PALMER WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF WYNDHAM HOTEL GROUP LLC, WYNDHAM WORLDWIDE CORPORATION, DAYS INN WORLDWIDE INC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM DESTINATIONS INC, WYNDHAM HOTEL MANAGEMENT INC AND WYNDHAM HOTELS AND RESORTS LLC) |
|---|---|

| 19-MAR-2021 10:06 AM | AFDVT - AFFIDAVIT OF SERVICE FILED | HELLER, NATHAN P | | 19-MAR-2021 10:42 AM |
|---|---|---|---|---|

| **Documents:** | 2021.03.18 (K.R.) Palmer Affidavit of Service.pdf |
|---|---|

| **Docket Entry:** | AFFIDAVIT OF SERVICE OF JOINDER COMPLAINT UPON ADRIAN PALMER BY PERSONAL SERVICE ON 03/12/2021 FILED. (FILED ON BEHALF OF WYNDHAM HOTEL GROUP LLC, WYNDHAM WORLDWIDE CORPORATION, DAYS INN WORLDWIDE INC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM DESTINATIONS INC, WYNDHAM HOTEL MANAGEMENT INC AND WYNDHAM HOTELS AND RESORTS LLC) |
|---|---|

| 07-APR-2021 11:47 AM | ENAPC - ENTRY OF APPEARANCE-CO COUNSEL | BENEDETTO, CONRAD J | | 07-APR-2021 01:19 PM |
|---|---|---|---|---|

| **Documents:** | CJB EOA.pdf |
|---|---|

| **Docket Entry:** | ENTRY OF APPEARANCE OF CONRAD J BENEDETTO AS CO-COUNSEL FILED. (FILED ON BEHALF OF 4200 ROSE HOSPITALITY LLC AND 4200 ROSE HOSPITALITY AND 4200 ROOSEVELT LLC AND 4200 ROOSEVELT LLC) |
|---|---|

| 22-APR-2021 03:37 PM | DSCIM - DISCOVERY MOTION FILED | HELLER, NATHAN P | | 22-APR-2021 03:55 PM |
|---|---|---|---|---|

| **Documents:** | K.R. -- Wyndham Motion to Claw Back Privileged Document.pdf<br>K.R. -- Exhibits A-I Wyndham Motion to Claw Back Privileged Document.pdf |
|---|---|

| **Docket Entry:** | 78-21043578 MOTION TO CLAW BACK INADVERTENTLY PRODUCED PRIVILEGED DOC. CERTIFICATION DUE DATE: 04/29/2021. RESPONSE DATE: 05/06/2021. (FILED ON BEHALF OF WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTELS AND RESORTS LLC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM HOTEL MANAGEMENT INC, WYNDHAM HOTEL GROUP LLC AND DAYS INN WORLDWIDE INC) |
|---|---|

| 29-APR-2021 11:22 AM | DISCT - CERT MOTION IS CONTESTED | HELLER, NATHAN P | | 29-APR-2021 11:42 AM |
|---|---|---|---|---|

| **Documents:** | Praecipe (K.R.).pdf |
|---|---|

| **Docket Entry:** | 78-21043578 MOTION IS CONTESTED. (FILED ON BEHALF OF WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTELS AND RESORTS LLC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM HOTEL MANAGEMENT INC, WYNDHAM HOTEL GROUP LLC AND DAYS INN WORLDWIDE INC) |
|---|---|

| 06-MAY-2021 12:45 PM | MTANS - ANSWER (MOTION/PETITION) FILED | MARKS, EMILY B | | 06-MAY-2021 01:09 PM |
|---|---|---|---|---|
| **Documents:** | Pltfs Resp in Opposition to Claw Back.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 78-21043578 ANSWER IN OPPOSITION OF DISCOVERY MOTION FILED FILED. (FILED ON BEHALF OF K. R.) | | | |

| 10-MAY-2021 10:38 AM | CLLDS - LISTED FOR DISCOVERY HEARING | | | 10-MAY-2021 10:38 AM |
|---|---|---|---|---|
| **Docket Entry:** | 78-21043578 DISCOVERY MOTION FILED SCHEDULED FOR A HEARING ON MAY 25, 2021 AT 09:00 AM IN REMOTE HEARING VIA ADVANCED COMMUN. TECH. | | | |

| 11-MAY-2021 12:11 PM | PRATT - PRAECIPE TO SUPPL/ATTACH FILED | MARKS, EMILY B | | 11-MAY-2021 01:54 PM |
|---|---|---|---|---|
| **Documents:** | Praecipe to Substitute Exhibit H (unredacted).pdf<br>Praecipe to Substitute Exhibit H (redacted).pdf<br>Praecipe to Substitute Exhibit H (unredacted).pdf<br>Praecipe to Substitute Exhibit H (redacted).pdf<br>Confidential Document Form | | | |
| **Docket Entry:** | 78-21043578 PRAECIPE TO SUPPLEMENT/ATTACH RE: DISCOVERY MOTION FILED FILED. (FILED ON BEHALF OF K. R.) | | | |

| 12-MAY-2021 12:30 AM | CLNGD - NOTICE GIVEN-DISCOVERY HEARING | | | 12-MAY-2021 12:30 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 12-MAY-2021 11:25 AM | WTAPO - WITHDRAWAL OF APPEARANCE | QUINLAN, JAMES J | | 12-MAY-2021 11:26 AM |
|---|---|---|---|---|
| **Documents:** | KR Withdrawal of Appearance.pdf | | | |
| **Docket Entry:** | WITHDRAWAL OF APPEARANCE OF JAMES J. QUINLAN FILED. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |

| 13-MAY-2021 09:15 PM | REPLM - MOTION/PETITION REPLY FILED | HELLER, NATHAN P | | 14-MAY-2021 09:14 AM |
|---|---|---|---|---|
| **Documents:** | KR -- Wyndham Defts Claw Back Reply.pdf<br>Exhibit J -- KR Confidentiality Agreement.pdf | | | |

| **Docket Entry:** | 78-21043578 REPLY IN SUPPORT/OPPOSITION TO MOTION/PEITION. (FILED ON BEHALF OF WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTELS AND RESORTS LLC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM HOTEL MANAGEMENT INC, WYNDHAM HOTEL GROUP LLC, WYNDHAM DESTINATIONS INC AND DAYS INN WORLDWIDE INC) | | | |
|---|---|---|---|---|

| 25-MAY-2021 09:45 AM | CLOEC - OTHER EVENT CANCELLED | CARPENTER, LINDA | | 25-MAY-2021 09:45 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 25-MAY-2021 04:30 PM | ENAPP - ENTRY OF APPEARANCE | EDDY, KEVIN M | | 26-MAY-2021 11:47 AM |
|---|---|---|---|---|
| **Documents:** | Eddy in KR matter.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF KEVIN M EDDY FILED. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |

| 26-MAY-2021 08:29 AM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 26-MAY-2021 12:00 AM |
|---|---|---|---|---|
| **Documents:** | ORDER_99.pdf | | | |
| **Docket Entry:** | 78-21043578 IT IS HEREBY ORDERED THAT THE ABOVE-CAPTIONED DISCOVERY MOTION IS HELD UNDER ADVISEMENT FOR THIRTY(30) DAYS..........BY THE COURT: CARPENTER, J. 05/25/2021. | | | |

| 26-MAY-2021 08:29 AM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 26-MAY-2021 11:34 AM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 26-MAY-2021 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-MAY-2021. | | | |

| 04-JUN-2021 10:02 AM | ENAPP - ENTRY OF APPEARANCE | RAPPAPORT, NANCY SHANE | | 04-JUN-2021 10:11 AM |
|---|---|---|---|---|
| **Documents:** | (K.R.) Entry of Appearance - NSR.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF NANCY SHANE RAPPAPORT FILED. (FILED ON BEHALF OF WYNDHAM HOTEL GROUP LLC, WYNDHAM WORLDWIDE CORPORATION, DAYS INN WORLDWIDE INC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM HOTEL MANAGEMENT INC AND WYNDHAM HOTELS AND RESORTS LLC) | | | |

| 16-JUN-2021 03:58 PM | WTAPO - WITHDRAWAL OF APPEARANCE | PALMER, GRANT S | | 17-JUN-2021 11:01 AM |
|---|---|---|---|---|

| Documents: | Withdrawal of Appearance for GPalmer.pdf | | | |
|---|---|---|---|---|
| **Docket Entry:** | WITHDRAWAL OF APPEARANCE OF GRANT S. PALMER FILED. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |
| | | | | |
| 16-JUN-2021 06:08 PM | CLDBR - DEFERRED - BANKRUPTCY | BYERS MS., JUSTINA L | | 17-JUN-2021 11:39 AM |
| Documents: | K.R. Suggestion of Bankruptcy.pdf | | | |
| **Docket Entry:** | PRAECIPE TO DEFER CASE DUE TO PENDING BANKRUPTCY ACTION UNDER CASE NUMBER: 21-11697 (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |
| | | | | |
| 17-JUN-2021 10:27 AM | REPLM - MOTION/PETITION REPLY FILED | HELLER, NATHAN P | | 17-JUN-2021 10:52 AM |
| Documents: | KR -- Surreply Brief Motion to Claw Back.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 78-21043578 REPLY IN SUPPORT OF DISCOVERY MOTION FILED FILED. (FILED ON BEHALF OF WYNDHAM HOTEL GROUP LLC, WYNDHAM WORLDWIDE CORPORATION, DAYS INN WORLDWIDE INC, WYNDHAM HOTELS & RESORTS INC, WYNDHAM HOTEL MANAGEMENT INC AND WYNDHAM HOTELS AND RESORTS LLC) | | | |
| | | | | |
| 25-JUN-2021 09:54 AM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 25-JUN-2021 09:54 AM |
| Documents: | ORDER_106.pdf | | | |
| **Docket Entry:** | 78-21043578 AND NOW, THIS 24TH DAY OF JUNE, 2021, UPON CONSIDERATION OF THE JUNE 16, 2021 SUGGESTION OF BANKRUPTCY AND REQUISITE PLACEMENT OF THE ACTION INTO MOTION IS DENIED... BY THE COURT: CARPENTER,J. 6/25/21 | | | |
| | | | | |
| 25-JUN-2021 09:54 AM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 28-JUN-2021 07:01 AM |
| **Docket Entry:** | NOTICE GIVEN ON 28-JUN-2021 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 25-JUN-2021. | | | |
| | | | | |
| 20-JUL-2021 06:24 PM | RMEDC - NOT OF REMOVAL TO US DIST CT | BYERS MS., JUSTINA L | | 21-JUL-2021 04:37 PM |
| Documents: | KR - Notice of Filing Notice of Removal CCP.pdf<br>Ex A KR Notice of Removal (filed 7-20-21).pdf | | | |

| Docket Entry: | NOTICE OF REMOVAL TO THE U.S. (EASTERN) DISTRICT COURT UNDER 21-3218. (FILED ON BEHALF OF UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN INC AND ROOSEVELT INN LLC) | | | |
|---|---|---|---|---|
| | | | | |
| 21-JUL-2021 04:36 PM | CLRDS - REMOVED FROM DEFERRED STATUS | | | 21-JUL-2021 12:00 AM |
| Docket Entry: | *none.* | | | |